IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SUNTERRA PRODUCE TRADERS, INC., | * |
| Plaintiff, | * |
| v. | Case No.  3:23-cv-102-CDL |
| | * |
| TRINITY VEGETABLE COMPANY, LLC, JOSEPH HAYNES, and JOSEPH HAYNES, II, | * |
| Defendants. | * |

**D E F A U L T   J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2024 and for the reasons stated therein, DEFAULT JUDGMENT is hereby entered against Defendants TRINITY VEGETABLE COMPANY, LLC, JOSEPH HAYNES and JOSEPH HAYNES, II, jointly and severally, in the amount of $141,950.08 as follows:

(i) Principal in the amount of $123,256.00;

(ii) Pre-judgment interest in the amount of $10,698.08;

(iii) Attorney's fees of $7,489.80; and

(iv) Recoverable costs of $507.00.

The amount shall accrue interest from the date of entry of judgment at the rate of 4.83% per annum until paid in full.

This 9th day of January, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk